# Exhibit B

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

MICHAEL SPEARS and
KELLY SPEARS

       Plaintiffs,

v.

ALAMO JUMP LLC; ALIBABA
SINGAPORE E-COMMERCE PRIVATE
LTD.; ALIBABA GROUP HOLDING
LTD.; DOES 1 through 10 Inclusive and
BLACK AND WHITE CORPORATIONS,

       Defendants.

**Case No.** 2:24-cv-00330

---

**DECLARATION OF KAIXUAN GONG IN
SUPPORT OF THE ALIBABA DEFENDANTS' MOTION TO DISMISS**

I, Kaixuan Gong, make the following declaration in support of Defendants' Motion to Dismiss for Lack of Personal Jurisdiction.

1.      I am over eighteen years of age. I have personal knowledge of the matters set forth below, unless I indicate otherwise. If called as a witness, I could and would competently testify to the truth of the matters set forth herein.

2.      My job title is Legal Counsel and I am employed by Shenzhen OneTouch Business Service Ltd. ("OneTouch") based in Shenzhen, China, which is one of the Alibaba "family" of companies. (It is also known as Shenzhen Yidatong Service Co., Ltd.)  I have held this position for more than two years. My duties and responsibilities as Legal Counsel include providing legal services and guidance to companies wholly or partially belonging to the Alibaba "family" of companies, including Alibaba.com Singapore E-Commerce Private Limited ("Alibaba

1

Singapore"). AGHL and Alibaba Singapore are the Alibaba entities named as defendants in the Second Amended Complaint in this case.

3.      As part of my job, I coordinate and supervise the work of outside counsel representing Alibaba companies in U.S. litigation, including Alibaba Singapore in the above-captioned case.

4.      I have learned, and on that basis can testify to, the following information during my time working as an employee of OneTouch providing legal services and guidance to Alibaba companies, including Alibaba Singapore.

## Alibaba Singapore

5.      Alibaba Singapore is incorporated and headquartered in the Republic of Singapore.

6.      Alibaba Singapore is a separate legal entity from all other Alibaba entities.

7.      Alibaba Singapore maintains its own books and records.

8.      Alibaba Singapore has no offices in New Mexico.

9.      Alibaba Singapore has no employees located in New Mexico.

10.     Alibaba Singapore operates the Alibaba.com website, which serves as an online B2B e-commerce platform to facilitate transactions between a wide variety of third-party merchants and those merchants' customers.

11.     Alibaba Singapore does not manufacture, sell or distribute any of the products listed for sale on the third-party storefronts on Alibaba.com, nor does Alibaba Singapore own, control or take possession of any such products.

12.     Alibaba Singapore is not registered to conduct business in New Mexico (or in any other state in the United States).

13.     Alibaba Singapore neither directs nor specifically tailors any of its business activities to individuals or businesses in New Mexico or in the United States.

14.     Alibaba Singapore has never rented, leased, owned, or used any real or personal property in New Mexico and does not maintain any bank accounts in New Mexico.

15.     Alibaba Singapore does not file tax returns or pay income taxes in New Mexico.

## The Transaction at Issue

16.     Alibaba Singapore did not supply, design, develop, engineer, manufacture, fabricate, assemble, equip, test, approve, or sell the trampoline at issue in this case.

17.     Alibaba Singapore did not take title to or have any claim to or interest in the trampoline at issue in this case.

18.     Thus, Alibaba Singapore did not "fail to test" the trampoline at issue in this case, as Plaintiffs have claimed.

19.     Alibaba Singapore did nothing to advertise, promote, or market this particular trampoline.

20.     Alibaba Singapore was not a party to the sales agreement whereby Alamo Jump LLC ("Alamo Jump") purchased the trampoline at issue in this case.

21.     Alibaba Singapore did not provide any unique services or opportunities to the trampoline seller, Niuniu Amusement Equipment Co., Ltd ("Niuniu"), that it does not do for or make available to each of the myriad Members/Sellers on Alibaba.com.

22.     Buyers can access Alibaba.com, view products, and make purchase by reaching out to listed third party merchants directly, without registering for a membership.

23.     Niuniu, not Alibaba Singapore, contracted with Alamo Jump to sell the trampoline at issue in this case, and then sold that trampoline to Alamo Jump.

24. Alibaba Singapore does not enter into purchase contracts with the customers who visit Alibaba.com to purchase items from the merchants operating third-party storefronts on the website.

25. Alibaba Singapore did not engage in and have never engaged in any direct transaction with consumers in New Mexico.

### The Trade Assurance Program

26. I have attached as Exhibit 1 to this Declaration a copy of the Trade Assurance Services Rules, dated 23 March 2020, which were in effect on June 16, 2020, when Alamo Jump LLC purchased from Niuniu the trampoline at issue. (*See* Ex. 1 – "Trade Assurance Services Rules", effective March 23, 2020 ("TASR").)

27. The Trade Assurance Program that Plaintiffs repeatedly refer to in the Second Amended Complaint is a program that Alibaba.com provides "only for qualifying registered users who had duly agreed to all terms of the Alibaba.com Free Membership Agreement." (*See* TASR, p. 2.)

28. Sellers on Alibaba.com who wish to be admitted to the Trade Assurance Program and to have the right to display the Trade Assurance badge on their storefront must meet various criteria established and enforced by Alibaba.com. (*See id.,* at Art. 3 ("Obtaining the Assurance Amount").)

29. Merchants are not required to participate in the Trade Assurance Program in order to create and operate third-party storefronts on Alibaba.com.

30. Once a Seller has been admitted to the Trade Assurance Program, a Buyer may request that the Seller agree that the Trade Assurance Program cover their specific transaction. (*See id.* at Art. 2.1 ("Buyer" definition).)

31.    The Seller has the option to reasonably decline to allow the Trade Assurance Program to cover any particular transaction. (*See id.* at Art. 2.2 ("Seller" definition); *see also id.* at Art. 6.2.1 (conditions for terminating Trade Assurance Service qualification of Buyer).)

32.    A sales contract subject to the Trade Assurance Program, also called a Trade Assurance Purchase Contract, remains "a sales and purchase contract entered into by and between a Buyer and a Seller." (*See id.* at Art. 2.3 ("Trade Assurance Purchase Contract" or "Purchase Contract" definition).)

33.    As part of a Trade Assurance Purchase Contract, the Seller undertakes and is obligated to provide certain assurances to the Buyer regarding the shipment of the product(s) purchased and the compliance of the product(s) with the specifications set out in that Trade Assurance Purchase Contract. (*See id.* at Art. 2.4 ("Trade Assurance Services" definition).)

34.    The obligations under the Trade Assurance Program run between the Seller and the Buyer. (*See id.* ("**Trade Assurance Services are an undertaking and obligation of Seller to provide assurance to Buyer as stipulated in the Purchase Contract. Seller shall be solely responsible for providing such services** …") (emphasis original).)

35.    Alibaba.com offers a Dispute Determination service to help resolve disputes between the Buyer and Seller regarding the Seller's performance of the stipulated Trade Assurance Services. (*See id.* at Art. 8 (Application for Dispute Determination).) A dissatisfied Buyer may, but is not required to, submit a complaint to Alibaba.com and participate in the Dispute Determination.

36.    Under Trade Assurance Service Rules, a dissatisfied Buyer who submits a Claim can seek a full or partial refund of the purchase price through the Dispute Determination service if

the product(s) does not ship on time or does not comply with the specifications in the Trade Assurance Purchase Contract. (*See id.* at Art. 2.4 ("Trade Assurance Services" definition).)

37.     Under Trade Assurance Service Rules, Alibaba.com guarantees the payment of the refund to the Buyer if Alibaba.com awards a refund through the Dispute Determination process, in its sole discretion, and the Seller must compensate Alibaba.com for any refunds paid. (*See id.* at Art. 2.4 ("Trade Assurance Services" definition), Art. 10 (Dispute Determination).)

38.     Alamo Jump LLC did not submit a claim to Alibaba.com under the Trade Assurance Program regarding the Niuniu trampoline at issue in this case or otherwise indicate to Alibaba.com in any way that the trampoline delivered under the Trade Assurance Program Contract failed to meet the specifications of the contract between Alamo Jump and Niuniu.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 8th day of April 2024.

*kaixuan gong*

[Kaixuan Gong]

# Exhibit 1

The Wayback Machine - https://web.archive.org/web/20200806105119/https://rule.alibaba.com/rule/detail/4709.htm

Classification of Rules

Agreement folder

Announcement

Learning

Overdue Rules and Agreements

What are you looking for...                                                        Search

## 信用保障服务规则

**【重要声明】**

请您仔细阅读本规则各项条款，特别是其中对您可获得的信用保障服务有可能产生不利影响的部分（包括但不限于根据本规则的第11条）。在您承诺遵守任何信用保障服务项下交易合同时，您应确保已阅读并理解这些规则。实际规则的适用以信用保障交易系统中相应交易场景的设置为准。

Important Notice: Please review these Rules carefully, particularly those terms and disclaimers which may adversely impact the scope of Trade Assurance Services available to you, including but not limited to those under Rule 11 of these Rules. You must review and understand them before committing to any contractual agreements subject to Trade Assurance Services. Application of the Rules shall be subject to the relevant transaction setting in Trade Assurance transaction system.

**信用保障服务规则**

**Trade Assurance Services Rules (the "Rules")**

**版本号：20200316**                    **正式生效日期：2020年3月23日**

**Version No.: 20200316**            **Effective Date: March 23, 2020**

这些规则包括：

·        A部分 – 适用于大陆地区注册或居住的卖方用户，及与其签订《信用保障交易合同》或《信用保障样品采购合同》的全球买方；

·        B部分 – 适用于台湾地区注册或居住的卖方用户，及与其签订《信用保障交易合同》或《信用保障样品采购合同》的全球买方；及

·        C部分 – 适用于香港地区注册或居住的卖方用户，及与其签订《信用保障交易合同》或《信用保障样品采购合同》的全球买方。

本信用保障服务仅提供给符合资质的使用者，即同意并接受阿里巴巴国际站《用户协议》的注册用户。用户使用信用保障服务代表其已经同意并遵守相关规则和服务协议，以及阿里巴巴国际站其它所有相关规则。

These Rules comprise of:

·        Part A, which applies to worldwide Buyers that have entered into Trade Assurance Purchase Contracts or Trade Assurance Sample Purchase Contract with Sellers registered or resident in Mainland China;

·        Part B, which applies to worldwide Buyers that have entered into Trade Assurance Purchase Contracts or Trade Assurance Sample Purchase Contract with Sellers registered or

resident in Taiwan; and

·        **Part C, which applies to worldwide Buyers that have entered into Trade Assurance Purchase Contracts or Trade Assurance Sample Purchase Contract with Sellers registered or resident in Hong Kong.**

**Trade Assurance Services are only provided to qualifying registered users who had duly agreed to all terms of the Alibaba.com Free Membership Agreement. Use of the Trade Assurance Services shall mean that such user has agreed to and abided by the relevant service agreements and all other relevant rules in Alibaba.com.**

**A部分**

**PART A**

**第一章规则目的及定义**

**Chapter 1 Purpose and Definition**

**第一条【制订目的】**

**Article 1 Purpose**

1.1为保护阿里巴巴国际站（www.alibaba.com）用户的合法权益，促进信用保障服务的健康发展，制定本规则。

The purpose of establishing these Rules is to protect the legitimate interests of users of Alibaba.com (URL: http://www.alibaba.com) and to promote the healthy development of the Trade Assurance Services.

1.2 本规则由阿里巴巴国际站用户（包括买方及卖方）与Alibaba.com Singapore E-Commerce Private Limited（以下简称"Alibaba Singapore"），Alibaba.com Hong Kong Limited（以下简称"Alibaba Hong Kong"）及深圳市一达通企业服务有限公司（和Alibaba Singapore以及Alibaba Hong Kong统称"阿里巴巴"）共同缔结。

These Rules are jointly concluded by Alibaba.com users (including Buyers and Sellers), Alibaba.com Singapore E-Commerce Private Limited (referred to as "Alibaba Singapore"), Alibaba.com Hong Kong Limited (referred to as "Alibaba Hong Kong"), and Shenzhen One Touch Business Services Limited (collectively with Alibaba Singapore and Alibaba Hong Kong, referred to as "Alibaba").

**第二条【定义】**

**Article 2 Definition**

2.1 买方：指在阿里巴巴国际站上采购产品并要求卖方提供信用保障服务的阿里巴巴国际站用户。

"Buyer" means a user of Alibaba.com who has purchased products and requested Seller to provide Trade Assurance Services.

2.2 卖方：为免生疑，在本规则A部分仅指在阿里巴巴国际站上销售产品并向买方提供信用保障服务的且在大陆地区注册或居住的阿里巴巴国际站用户。

"Seller", for the avoidance of doubt, under this Part A means a user, registered or resident in Mainland China, who sells products on Alibaba.com and agrees to provide Trade Assurance Services to Buyer.

2.3 信用保障交易合同：下称"交易合同"或"订单"，指买卖双方为约定产品出口相关及信用保障服务相关权利义务而使用阿里巴巴国际站认可的方法订立的买卖合同。

"Trade Assurance Purchase Contract" or "Purchase Contract" means a sales and purchase contract entered into by and between a Buyer and a Seller using an execution method approved by Alibaba.com which stipulates the rights and obligations in connection with the exportation of products and Trade Assurance Services.

信用保障样品采购合同：下称"样品合同"或"样品单"，指卖方与买卖方就买方提供样品予买方通过登录阿里巴巴国际站在线签署或确认的、包含样品贸易条款（含品名、数量、价格等交易信息）和保障条款等内容的合同。"Trade Assurance Sample Purchase Contract"or"Sample Order"means a sales and purchase contract between a Buyer and a Seller in terms of the seller providing sample(s) to the buyer and signed or confirmed by both parties by logging in Alibaba.com, containing sample order provision (including good category, quantity, price and other order information) and other Trade Assurance provisions.

除非规则文中有特别说明，"交易合同"和"订单"均包括"样品合同"和"样品单"。

Unless specifically stated in the context, "Transaction Contract" and "Order" include both "Sample Contract" and "Sample Order"

2.4 信用保障服务：又称"保障服务"，即卖方与买方达成交易合同，承诺按约向买方履行合同交货义务；当卖方发生以下违约行为的：

a.交易合同（不含样品合同）：（1）迟于交易合同约定的"发货时间"发货或未发货；或（2）卖方有以下行为，导致产品的价值产生重大损失，或双方已知或应知的交易的主要商业目标无法达成的：(i)未按本合同约定质量要求供应产品、或(ii)未向买家移交物权凭证、或(iii)未提供单据（或证书）等文件、或(iv)有其他严重违约行为；

b.样品合同：（1）迟于交易合同中约定的"发货时间"发货；或（2）没有发货（包括未足量发货）或（3）有其他严重违约行为。

卖方承诺向买方退还全额已收合同款，买卖双方约定的退款金额（以投诉举报平台系统记录为准），或其他Alibaba Singapore指定的款项（部分退款为卖方接受卖方违约行为为前提），具体金额以Alibaba Singapore根据相关证据做出的判责为准；若买方向Alibaba Singapore提出投诉、使用阿里巴巴国际站提供的纠纷调处服务，则卖方同意：Alibaba Singapore在收到买方有效投诉后、可根据相关证据服有权独立做出纠纷调处，如Alibaba Singapore判断卖方违约成立，则Alibaba Hong Kong及/或深圳市一达通企业服务有限公司有权以交易合同项下"保障额度和冻结资金的总和"为限（如有验货，应包含验货费用）、自行或委托相关合作方代理卖方向买方进行垫付退款，以保障买方权益。**信用保障服务是卖方按交易合同约定向买方提供的保障承诺和义务，卖方是该义务的承担者，Alibaba Hong Kong、深圳市一达通企业服务有限公司或任何第三方不是该义务的责任人。"冻结资金"指买方已付合同款金额超过该笔交易合同对应的保障额度的金额。冻结资金的使用方式以卖方与Alibaba Hong Kong及/或深圳市一达通企业服务有限公司另行约定定为准。**

"Trade Assurance Services"or"Assurance Services"means the services that Seller undertakes to fully refund the Contract Sum received by the Seller or an amount mutually agreed upon by the Buyer and Seller (in accordance with the system records of the Complaints Platform)，or other amount as designated by Alibaba Singapore (Partial refund shall be conditional upon the Buyer's acceptance of the Seller's act of breach of contract) and the actual amount to be refunded shall be determined by Alibaba Singapore based on the relevant evidences, in case Seller breaches the following items:

- The Purchase Contract: ships out products later than Shipment Date or did not ship out the products at all; or: (i) failure to deliver products in compliance with the Product Description and Specifications, or (ii) failure to provide valid documentation in support of change of ownership of the products to the Buyer, or (iii) failure to provide valid documentation including but not limited to corresponding invoice (or certification) in support of delivery, or (iv) commits any other material breach of the Purchase Contract, in each case resulting in a material damage to the value of the products or the commercial objective known or should be known to both Seller and Buyer becoming unachievable
- The Sample Purchase Contract: (i) ships out products later than shipment date, or (ii) did not ship out the products at all (including insufficient product quantity), or (iii) commits any other material breach of the Sample Purchase Contract, in each case resulting in a material damage to the value of the products or the commercial objective known or should be known to both Seller and Buyer becoming unachievable

after Seller enters into a Purchase Contract with Buyer and undertakes to perform its obligations relating to product delivery as stipulated therein; and if Buyer submits a complaint to Alibaba Singapore and uses the Dispute Determination service provided by Alibaba.com, Seller agrees that after Alibaba Singapore receives a valid compliant, Alibaba Singapore shall have the right to determine at its sole discretion the liability in connection with the dispute, based upon the relevant evidence, and if Alibaba Singapore determines that Seller has committed a breach of the Purchase Contract, Alibaba Hong Kong and/or Shenzhen One Touch Business Services Limited will be entitled to, on its own or entrust a related partner, refund to Buyer for and on behalf of Seller in the amount up to the total sum of Frozen Fund and Trade Assurance Amount as set forth in the Purchase Contract (including inspection fee, if any) in order to protect the legitimate interests of Buyer. **Trade Assurance Services are an undertaking and obligation of Seller to provide assurance to Buyer as stipulated in the Purchase Contract. Seller shall be solely responsible for providing such services and none of Alibaba Hong Kong, Shenzhen One Touch Business Services Limited**

**or any third party shall have any obligation to provide such services to Buyer. "Frozen Fund" means the amount of Contract Sum paid by Buyer under the Purchase Contract that is in excess of the Trade Assurance Amount corresponding to the underling Purchase Contract. Use of the Frozen Fund shall be determined in a separate agreement by and between Seller and Alibaba Hong Kong and Shenzhen One Touch Business Services Limited.**

2.5 一达通服务：即深圳市一达通企业服务有限公司或其关联公司向卖方提供的外贸综合服务（详见 http://onetouch.alibaba.com），包括但不限于出口报关、物流运输、贸易融资、收汇结汇、出口退税、自证自营出口等服务。

"One Touch Services" means the comprehensive international commercial and trading services provided to Seller by Shenzhen One Touch Business Services Limited or its affiliates, including but not limited to customs declaration services for exportation, logistics services, trade financing, exchange receipt and settlement, tax return upon exportation, permitted self-managed exportation and etc. (for details please visit http://onetouch.alibaba.com)

**2.6 验货商：特指入驻阿里巴巴验货平台的【信用保障服务指定验货商】，该服务商将按交易合同中约定的产品质量标准提供指定验货服务。**

**"Product Inspection Company" means the product inspection company designated for Trade Assurance Services which operates on Alibaba's inspection platform and provides inspection services according to the product quality standards stipulated in the Purchase Contract.**

2.7 信用保障额度：下称"保障额度"，指Alibaba Hong Kong及/或深圳市一达通企业服务有限公司在特定条件下可帮助卖方向买方提供先行赔付保证的资金限额。**保障额度仅供买方参考，不影响买方按交易合同及本规则获得退款。**

"Trade Assurance Amount" or "Assurance Amount" means the monetary limit of advance compensation assurance that Alibaba Hong Kong and/or Shenzhen One Touch Business Services Limited may provide to Buyer for and on behalf of Seller under certain conditions. **The Assurance Amount shall be for Buyer's reference only and does not affect the refund that Buyer shall receive in accordance with the Purchase Contract or the Trade Assurance Service Rules.**

2.8 工作日：指中华人民共和国法定节假日（如周六日等）之外的任何一天。

"Working Day" shall mean any day that is not an official holiday in the People's Republic of China, such as Saturday, Sunday and etc.

2.9 "自然日"和"天"：指中华人民共和国的日历日。

"Calendar Day" or "Day" shall mean a Calendar day in People's Republic of China.


第二章保障额度管理

## Chapter 2 Management of Assurance Amount

**第三条【保障额度的取得】：**

## Article 3 Obtaining the Assurance Amount

3.1 卖方在阿里巴巴国际站上的基本信息、贸易交易额、资信状况等数据可作为卖方保障额度的累积依据，具体额度以Alibaba Hong Kong决定为准。一个卖方只能获得一个保障额度。

Seller's profile and its transaction volume, credit standing and other data on Alibaba.com may constitute the basis for determination of the Assurance Amount available to Seller. Alibaba Hong Kong shall have the sole and absolute discretion in determining the Assurance Amount available to Seller. Each Seller may only obtain one Assurance Amount.

3.2 卖方的基本信息包括但不限于其工商注册信息、与阿里巴巴国际站及其关联公司合作的年限、在国际站的操作表现等信息；

Seller's profile includes but not is limited to its industrial and commercial registration information, term of cooperation with Alibaba.com and its affiliates and its performance on Alibaba.com.

3.3 贸易交易额的数据来源包括但不限于下述两类：

The sources of Seller's transaction volume include, but are not limited to, the following:

3.3.1 卖方在最近1年内通过一达通外贸综合服务出口的数据；

Seller's records of exportation through One Touch's comprehensive international commercial and trading services in the past one year;

3.3.2 卖方提供的最近1年的自营进出口交易数据。

Seller's records of self-managed importation and exportation in the past one year as provided by Seller.

**3.4卖方的资信状况，目前主要参考阿里巴巴国际站违规处罚累计扣分（扣分会导致信用保障额度降低，超过一定分值或其他重大违规行为则无法开通或继续提供保障服务）。**

**Seller's credit standing is at present mainly determined according to the accumulatively deducted points as penalty by Alibaba.com for its violations. (Deduction of points may lead to reduction in Trade Assurance Amount. Where points that have been deducted exceed a certain limit or Seller has committed other major violations, the provision of Trade Assurance Services cannot be activated or will be terminated.)**

**3.5 阿里巴巴可根据行业变化及运营需求对保障额度的相关规则进行调整，并决定公布的内容和范围。**

**Alibaba may adjust relevant rules for Assurance Amount according to industry changes and operational demands and decide the content and scope to be published.**

**第四条【保障额度展示】：**

**Article 4 Display of Assurance Amount**

4.1每个卖方的保障总额度将定期或不定期更新，展示在阿里巴巴国际站相关页面，仅供买方参考。

Each Seller's Assurance Amount shall be updated from time to time and displayed on the relevant page of Alibaba.com, and for Buyer's reference only.

4.2 卖方拥有多个国际站帐号的情况下（以同一营业执照为同一企业为认定标准），同一企业的多个已开通信用保障服务的帐号将展示、及共用同一保障额度。

If Seller owns more than one membership account with Alibaba.com (accounts under the same business license shall be taken as belonging to one enterprise), all membership accounts of the same enterprise for which the Trade Assurance Services have been activated will display, and share the same Assurance Amount.

**第五条【保障额度的使用】：**

**Article 5 Use of the Assurance Amount**

5.1 买方支付交易合同项下的款项且经alibaba.com系统确认到账后，该款项对应的保障额度即时冻结。

After Buyer has made payment under the Purchase Contract and the receipt of payment has been confirmed in Alibaba.com's system, the Assurance Amount in respect of that payment will be frozen immediately.

5.2 单笔保障额度冻结后，可用保障额度中将扣除对应金额；反之，单笔保障额度解冻后，可用保障额度中将恢复之前冻结的金额。

After a certain amount of the Assurance Amount for a particular Purchase Contract is frozen, the Assurance Amount available to Seller will be deducted accordingly; and after the frozen Assurance Amount is released, the Assurance Amount available to Seller will increase to correspond to the released amount.

5.3交易合同中保障额度的具体金额以"已收合同价款"和"可用保障额度"两者中较低的一项为准。保障额度金额不影响买方应该退款的金额：超出保障额度的冻结资金部分由卖方自行安排退款或通过Alibaba Hong Kong及/或深圳市一达通企业服务有限公司安排垫付退款。

The specific Trade Assurance Amount under the specific Purchase Contract shall be the lower of the Contract Sum (as set out in the Trade Assurance Purchase Contract) received by the Seller and the total remaining Assurance Amount of the Seller. The Assurance Amount does not affect the refund that Buyer is entitled to – any amount of the Frozen Fund exceeding the Assurance Amount shall be refunded by the Seller or refunded by Alibaba Hong Kong and/or Shenzhen One Touch Business Services Limited on behalf of the Seller.

**5.4 卖方应具备如下全部条件方可起草交易合同：**

**Unless Seller has satisfied all of the following conditions, it may not draft the Purchase Contract:**

5.4.1满足信用保障服务准入条件，如使用一达通代理出口则另需已完成一达通开票人和相关产品预审；

Seller has satisfied the access requirements for Trade Assurance Services and, if it uses One Touch for exportation of the products, it has passed relevant reviews by One Touch on drawer and relevant products;

5.4.2 预付款金额大于零；

The deposit stipulated in the Purchase Contract is greater than zero;

5.4.3 无拖欠Alibaba Hong Kong及/或其关联公司款项的情况；

No payments payable to Alibaba Hong Kong and/or its affiliates are overdue;

5.4.4 无其他影响交易合同的风险因素存在。

There are no other risk factors that affect the Purchase Contract.

【注】上述条件是否完备，以阿里巴巴审核结果为准。

Note: Alibaba shall have the sole right and discretion to determine whether or not Seller has fulfilled all of the conditions specified above.

5.5 保障额度的解冻：满足下述条件之一的，单笔交易合同对应的保障金额解冻：

Release of Assurance Amount: the Assurance Amount for a particular Purchase Contract will be released in any of the following events:

5.5.1 交易合同顺利履行完毕的；

The Purchase Contract has been fully performed successfully;

5.5.2 交易合同纠纷处理完毕（发生退款的，则退款已清偿完毕）的；

Any dispute under the Purchase Contract has been fully settled (in case of refunding (not a Trade Assurance Services refund by One Touch for and on behalf of Seller), the amount to be refunded has been refunded in full);

5.5.3 买卖双方达成一致关闭交易合同（取消或终止订单）的；

Both Buyer and Seller have agreed to close the Trade Assurance Purchase Contract (where the Purchase Contract is cancelled or terminated);

5.5.4 发生Alibaba Hong Kong认为可以解冻的其他情景。

Any other circumstance occurs which in the opinion of Alibaba Hong Kong the Assurance Amount may be released.


第六条【信用保障服务的中止和终止】：

**Article 6 The Suspension and Termination of Trade Assurance Service:**

**6.1 发生下述情况之一的，信用保障标识展示将被暂停：**

**The Service icon display for Trade Assurance will be temporarily suspended upon the occurrence of any of the following:**

**6.1.1 卖方首次开通供应商服务和信用保障服务均满180天，且在开通期间有连续的180天内无生效的信用保障交易合同（生效定义见7.3条），则将暂停信用保障标识展示。"供应商服务"指中国大陆、香港、台湾的卖方用户付费获得的实现其在阿里巴巴国际站上发布公司和产品等信息资料相关网络技术支持的服务。**

**If Supplier Services and Trade Assurance Services have been activated for Seller for the first time and lasts for more than 180 days, and no Purchase Contract has taken effect (refer to Article 7.3 for the definition of take effect) for a consecutive period of 180 days, then the Service icon display for Trade Assurance will be temporarily suspended. "Supplier Services" means Internet and technology support services on Alibaba.com relating to the publication of company and product information that Sellers of Mainland China, Hong Kong and Taiwan can obtain by paying for such services.**

标识展示暂停期间，卖方有权申请恢复标识展示，申请后【15】天内达成有效交易合同的，标识展示自动恢复；逾期未达成有效交易合同的，标识展示将继续暂停，且30天内（自申请日后第16天起计算）无权提起申请恢复展示。

Seller shall have the right to apply for the restoration of the Service icon during the time its display is being temporarily suspended. The Service icon shall be automatically restored if an effective Purchase Contract is entered into within [15] days of such application. The Service icon shall continue to be suspended if no effective Purchase Contract is entered into during this period and, if this is the case, Seller shall not be allowed to apply for restoration of the Service icon for a period of 30 days (counting from the 16th day following Supplier's application for restoration).

**6.2 发生下述情况之一的，信用保障服务资格将被终止：**

**6.2 The Trade Assurance Service qualification shall be terminated upon the occurrence of any of the following:**

**6.2.1 卖方累计【2】次以上（含【2】次）无合理理由拒绝与买方进行信用保障交易的；**

Seller has unreasonably refused to enter into a Trade Assurance transaction with a Buyer on two or more occasions;

**6.2.2 卖方逾期未全额归还Alibaba Hong Kong及/或深圳市一达通企业服务有限公司垫付的退款超过【1】个月的；**

The repayment from Seller of the amount refunded by Alibaba Hong Kong and/or Shenzhen One Touch Business Services Limited on its behalf has been overdue for more than [one] month;

**6.2.3 卖方不再满足信用保障服务相关准入条件的；**

Seller no longer satisfies relevant access conditions for Trade Assurance Services;

**6.2.4 卖方根据阿里巴巴国际站或者一达通的规则需要使用一达通服务的未使用一达通服务的；**

Seller fails to use One Touch Services where it is required to use the same pursuant to the rules of Alibaba.com or the rules of One Touch;

**6.2.5 因卖方的原因（包括但不限于卖方指示买方等原因），导致交易合同货款未支付到交易合同指定收款账号的；**

The Contract Sum (as set out in the Trade Assurance Purchase Contract) has not been paid to the designated bank account because of Seller (including but not limited to Seller instructing Buyer etc.);

**6.2.6 卖方发生违反信用保障服务相关协议及/或本规则的其他行为，且阿里巴巴认为需要终止其服务资格的。**

Seller has violated agreements related to the Trade Assurance Services and/or these Rules, and Alibaba decides to terminate Seller's qualification to Trade Assurance Services.

第三章保障服务操作流程

## Chapter 3 Operational Work Flow of Assurance Services

**第七条【操作流程】：**

7.1 第一阶段：卖方起草、修改、提交交易合同；买方也可起草、提交交易合同。

First Stage: Seller drafts, amends, and submits a Purchase Contract; Buyer may also draft and submit a Purchase Contract;

7.2 第二阶段：1）如合同系买方起草，需经卖方确认；2）如合同系卖方起草，买方应在卖家发货前按阿里巴巴国际站规则的要求或合同约定的方式足额支付合同款项到交易合同指定收款账号并经确认到账，交易合同成立才生效。**买方选择信用卡或e-checking付款方式的，则买方有权提出拒付，当发生拒付时，卖方应当配合举证，不进行举证或举证失败买方应承担相关损失；举证是否成立通常以信用卡组织判定为准，交易合同中的收款账号可用于收支该合同项下交易款项，买卖双方应妥善保存及管理该账号，不得擅自更改使用方式或对外不当披露。因该账号的使用或款项拒付等原因导致任何纠纷或损失的，均应由买卖双方自行解决或承担，且买卖双方承诺采取一切措施，避免给阿里巴巴及/或其关联公司造成任何不利影响或损失。**

Second Stage: 1) If Buyer drafts the Purchase Contract, Seller shall confirm such Purchase Contract; 2) If Seller drafts the Purchase Contract, Buyer shall remit the Purchase Sum in full to the beneficiary bank account designated in the Purchase Contract in the method approved by Alibaba.com or stipulated in the Purchase Contract before shipment by Seller, and upon confirmation of receipt of the remittance, the Purchase Contract shall be concluded and take effect. **If Buyer selects credit card or e-checking as the method of payment, Buyer shall be entitled to request for chargeback. In such an event, Seller shall cooperate and bear the burden of proof. In the event Seller does not provide any evidence or fails to prove its case, Seller shall be liable for the relevant losses. Whether Seller is able to successfully prove its case will usually be based on the relevant credit card issuer's determination. The beneficiary bank account designated in the Purchase Contract shall be used for the collection of transaction payments thereunder only. Buyer and Seller shall keep and maintain such account number in a proper manner, and shall not change its use without authorization or disclose such account details improperly. Any disputes or losses caused by the use of such account or request for chargeback or other reasons shall be settled or borne by and between Buyer and Seller, and Buyer and Seller undertake to make all efforts to protect Alibaba and/or its affiliates from any adverse effects or losses.**

7.3 第三阶段：卖方应按合同约定方式发货。

Third Stage: Seller shall ship the products in the method agreed in the Purchase Contract.

7.4第四阶段：买方可在卖方发货后N个自然日内确认收货，并对卖方进行评价。

Fourth Stage: Buyer may confirm receipt of products and give a review of Seller within "N calendar days" after Seller ships the products.

7.4.1 "N个自然日"的定义：

"N calendar days" means:

国内发货：

Shipping from the designated Port/Place of Loading:

a. 海运、陆运、邮政包裹：从系统记录发货时间+60天（直航时间以Alibaba Singapore判断为准）；

Sea shipping, Land transportation, Postal parcel: 60 days after the Actual Date of Shipment as recorded in the system (direct voyage time shall be determined by Alibaba Singapore);

b. 空运：系统记录的发货日期+30天；

Air freight: 30 days after the Actual Date of Shipment as recorded in the system;

c. 快递：系统记录的发货日期+15天。

Express: 15 days after the Actual Date of Shipment as recorded in the system.

海外发货：系统记录的发货日期+10天

From overseas warehouse: 10 days after the Actual Date of Shipment as recorded in the system.

为避免争议，系统自动确认收货仅适用于（i）已收到货物；（ii）系统无法识别物流信息。货物的物流信息显示货物仍在途，则确认收货日期以买家在订单系统点击"确认收货"的日期为准。

For the avoidance of doubt, the system's default Date of Confirmed Receipt shall only apply upon (i) receipt of products or (ii) where there is no logistics status available. Where the logistics status states that the products are still being delivered, the Date of Confirmed Receipt shall only be the day when the Buyer clicks "Confirm" on the order system to confirm the receipt of the products.

7.4.2 "发货日期"的定义：除非双方另有约定，"发货日期"以阿里巴巴国际站交易系统的记录为准，如交易系统记录发货日期有误的，以阿里巴巴核实和确认日期为真实发货日期。

Definition of "Shipment Date": Unless otherwise agreed by Buyer and Seller, "Shipment Date" is subject to the shipment date recorded in the Alibaba.com Trade Assurance transaction system. If there is an error in the shipment date recorded in the Alibaba.com Trade Assurance transaction system, the actual shipment date shall be subject to the verification and confirmation by Alibaba.

7.4.3 某些交易场景下，买方在卖方许可的前提下，可延长发货期不超过90天（包括90天）。

Under certain transaction setting, Buyer may extend the Shipment Date for not more than 90 days (including 90 days) with the Seller's permission.

7.4.4 买卖双方可根据系统允许，分别延长收货时间。

If permitted by Alibaba.com's transaction system, Buyer and Seller may extend the expected date of arrival of the products.

**第八条【纠纷调处服务】：**

**Article 8 Application for Dispute Determination:**

任何一方可在交易合同生效后，按合同约定向Alibaba Singapore提出投诉，即可使用阿里巴巴国际站提供的纠纷调处服务（即调解和处理相关服务，见《阿里巴巴投诉举报平台使用协议》），该投诉应当由买方或卖方通过有效账号在阿里巴巴国际站上登录后按网站指定路径和方式提交。有效账号通常指交易合同起草时所录入的电子邮箱地址，或确认交易合同时使用的正常有效的阿里巴巴国际站账号。

After the Purchase Contract has taken effect, a party that has submitted a complaint to Alibaba Singapore under the terms of the Purchase Contract may use the Dispute Determination services (ie, dispute resolution and related services – see Agreement on Use of Complaint Center) provided by Alibaba.com. The request should be submitted via the complainant's valid account with Alibaba.com in accordance with the website's guidance and instruction after the party has logged in to Alibaba.com. A valid account generally refers to Buyer or Seller's email address inserted into the Trade Assurance Purchase Contract at the time of drafting, or the regular and effective account used by Buyer or Seller on Alibaba.com when Buyer or Seller confirmed the Trade Assurance Purchase Contract.

**第四章信用保障纠纷处理**

**Chapter 4 Dispute Determination in Connection with Trade Assurance Services**

**第九条投诉和受理**

**Article 9 Complaints and Handling**

9.1 【投诉】

Complaints

9.1.1 交易合同生效后发生纠纷的，买方可通过信用保障服务交易系统（简称"系统"）发起投诉；卖方可通过投诉举报中心发起投诉。发起投诉的一方称为投诉方，另一方称为被投诉方。

If a dispute arises after the Purchase Contract has taken effect, Buyer may raise a complaint through the Trade Assurance Services Transaction System (the "System"), and Seller may raise a complaint through the Complaint Center. The complaining party is referred to as complainant and the other party as respondent.

9.1.2 投诉方需填写投诉主张及原因，并按系统提示在通知时限内提供能充分证明投诉主张的证据材料。

The complainant must fill in the reasons and grounds for raising the dispute and provides sufficient supporting documents within the time limit displayed on the System.

9.1.3投诉方及被投诉方首先应协商解决纠纷。如纠纷调处期间，双方达成和解方案的，Alibaba Singapore将终止纠纷调处流程。

The complainant and the respondent shall first negotiate to solve the dispute. If during the course of Dispute Determination, the parties reach a settlement, Alibaba Singapore will then cease the Dispute Determination.

9.2 【撤诉】

Complaint Withdrawal

9.2.1 投诉方可在Alibaba Singapore做出判责决定前撤销投诉。

The complainant may withdraw the complaint before Alibaba Singapore makes any determination on the complaint.

9.2.2 被投诉方不得引诱、欺诈、胁迫投诉方撤诉。

The respondent shall not lure, engage in any fraudulent act to make, or coerce the respondent to withdraw the complaint.

9.3 【投诉受理期限】投诉处理期限，按照《阿里巴巴国际站交易纠纷调处规则》相关规定执行。

Claim Period. The claim period for handling complaints shall be in accordance with the relevant provisions of Alibaba.com Transaction Dispute Determination Rules.

9.4【通知】。Alibaba Singapore受理投诉后，进行纠纷调处，将通过邮件、电话等方式通知被投诉方该投诉事宜。

Notice.  After Alibaba Singapore receives the request for Dispute Determination, it will notify the respondent about the complaint by mail, telephone, or other methods as deemed appropriate.

9.5【反通知】

Counter-notice

9.5.1 接到Alibaba Singapore通知后，被投诉方应按照《阿里巴巴交易纠纷调处规则》相关规定对投诉方的主张进行反通知并提供有效证据材料。

After being notified by Alibaba Singapore, the respondent shall submit a counter-notice against the complaint and provide valid supporting evidence in accordance with the relevant provisions of Alibaba.com Transaction Dispute Determination Rules.

9.5.2 被投诉方未在指定时间内提供反通知或提供的证据材料不能充分证明反通知主张的，Alibaba Singapore将依据现有证据材料判责。

If the respondent fails to submit a counter-notice in time or fails to provide sufficient evidence to support its counter-notice, Alibaba Singapore will make decisions based on the existing supporting evidence available.

9.6【证据材料】

Supporting Evidence

9.6.1 纠纷调处以阿里巴巴及或其关联公司和国际站系统记录信息为直接证据，其他资料仅作为辅助资料。

The data and information recorded in the systems of Alibaba and/or its affiliate and Alibaba.com shall serve as the primary evidence and basis for determination of any dispute. Other information and record shall only serve as supplemental information for Dispute Determination.

9.6.2买卖双方应保证所提供的证据材料真实合法有效。Alibaba Singapore不保证争议各方提交的纠纷相关证明文件是真实、完整、准确的，对任何不真实或者误导性的资料不应负责。

Both Buyer and Seller shall ensure that the supporting evidence provided is true, complete, valid and lawful. Alibaba Singapore does not guarantee that the supporting evidence submitted by either party is true, complete and accurate and shall not be responsible if such information is untrue or misleading.

**第十条【纠纷调处服务】**

**Article 10 Dispute Determination**

10.1 买方或卖方使用阿里巴巴国际站上的纠纷调处服务的，即表明各方同意**Alibaba Singapore可根据自己的独立判断，并以普通非专业人士的身份对交易合同相关纠纷做出判断和处理决定（通常称为"判责决定"、"纠纷处理决定"、或"调处决定"等）。双方理解并明确因Alibaba Singapore非非专业司法机关，故无须对其做出的不完美的、有瑕疵的、不妥当的或者错误的赔付、理赔、支付、处置行为承担任何责任。**

Buyer or Seller's use of Alibaba.com's Dispute Determination service shall be taken as indication from the relevant party that **Alibaba Singapore has the right to make an independent decision (often referred to as "liability determination", "dispute settlement decisions" or "mediation decision") on any disputes related to the Purchase Contract in the capacity of a normal and non-professional person. Both Buyer and Seller understand and agree that Alibaba Singapore will not be liable for any imperfect, defective, improper or faulty decisions regarding compensation, settlement of claims, payment and disposal, etc., as it is not a professional judicial authority.**

10.2 **Alibaba Singapore将依据《阿里巴巴交易纠纷调处规则》规定进行纠纷的调处和判责，若买方或卖方在交易过程中出现违规行为的，将依据《阿里巴巴交易违规处罚规则》进行处罚。**

Alibaba Singapore will mediate between Buyer and Seller and determine the liability in respect of disputes in accordance with Alibaba.com Transaction Dispute Determination Rules. If Buyer or Seller breaks the Rules during the transaction, Buyer or Seller will be punished in accordance with Alibaba.com Transaction Non-Compliance Punishment Rules.

10.3纠纷调处判责后 Alibaba Hong Kong 及/或深圳市一达通企业服务有限公司决定卖方垫付退款的，通常情况下将在买方提供正确的银行账号信息后的【7】个工作日内，将需要退还的款项（以交易合同项下"保障额度和冻结资金的总和"为限，如有验货，应退还买方验货款项）支付至买方原付款账号；**卖方应退还的款项超出限额的，超出的部分应由卖方先向Alibaba Hong Kong及/或深圳市一达通企业服务有限公司支付，再由Alibaba Hong Kong及/或深圳市一达通企业服务有限公司代卖方向买方支付；退款环节涉及的银行相关费用由买卖双方协商决定，协商不成的按照纠纷调处判责决定执行。**

After Alibaba Singapore's Dispute Determination, if Alibaba Hong Kong and/or Shenzhen One Touch Business Services Limited decides to refund the amount of Contract Sum (as set out in the Trade Assurance Purchase Contract) already paid by Buyer on behalf of Seller, Alibaba Hong Kong and/or Shenzhen One Touch Business Services Limited shall, under normal conditions, remit the funds to be refunded (which shall not exceed the total sum of Trade Assurance Amount and Frozen Fund (and inspection fee, if any) under the Purchase Contract to Buyer's original payment bank account within [7] Working Days after Buyer provides correct bank account information. **If the sum to be refunded by Seller exceeds the Trade Assurance Amount and Frozen Fund, such excessive amount shall firstly be paid by Seller to Alibaba Hong Kong and/or Shenzhen One Touch Business Services Limited, who shall then pay the same to Buyer on Seller's behalf; the assumption of all relevant bank charges involved in the refund process shall be decided by Buyer and Seller through negotiation, failing which the liability determination made through Dispute Determination shall be followed.**

**第十一条【免责条款】**

**Article 11 Disclaimer**

**买方理解并同意，发生下述任一情况的，买方无法获得垫付退款：**

**Buyer acknowledges and agrees that Buyer will not receive any refunds in the event of any of the followings:**

**11.1 交易行为或交易产品不符合法律、法规、政策、规章及阿里巴巴国际站规则、协议等规定的；**

**The products or the trading activities underlying the transaction of the Purchase Contract do not comply with the relevant laws, regulations, policies, rules, Alibaba.com Rules and agreements;**

**11.2 交易纠纷按照《阿里巴巴国际站纠纷调处规则》规定属于不予受理范围，或纠纷调处根据《阿里巴巴国际站纠纷调处规则》判定卖家无责的；**

**The transaction disputes are not within the scope under Alibaba.com Transaction Dispute Determination Rules or Seller is not liable as determined in accordance with Alibaba.com Transaction Dispute Determination Rules;**

**11.3 交易纠纷调处判定卖家有责，但买卖双方协商一致且卖家自主完成退款的；**

**Seller is liable as determined through Alibaba.com's Dispute Determination, and Buyer and Seller have reached a settlement plan and Seller has completed the refund on its own;**

**11.4交易纠纷调处判定卖家有责，但买家退款要求超出信用保障范围的；**

**Seller is liable as determined through Alibaba.com's Dispute Determination, but the amount of Buyer's refund request exceeds the scope of Trade Assurance Services;**

**11.5 买卖双方恶意串通的；**

**Buyer and Seller had conspired in bad faith;**

**11.6 买方已无正常使用的阿里巴巴国际站帐号的；**

**Buyer can no longer operate its account with Alibaba.com;**

**11.7 买方提供虚假信息或所提供信息无法核实的；**

**Buyer provides false information or the information provided by Buyer cannot be verified;**

**11.8 买方明知或应知卖方在交易期间应使用而未使用一达通服务却继续支付合同款项的；**

**Buyer knew or should have known that Seller should have used but did not use One Touch Services during the term of the Purchase Contract but proceeded to pay the Contract Sum;**

**11.9 交易纠纷处理需退货，但买方未及时协助或配合卖方退货的**

**Buyer failed to promptly assist or cooperate with Seller in the return of products, when product return is required in accordance with the transaction dispute handling result;**

**11.10 存在其他免责情形的；**

**Other exemption situations existed.**

**第十二条【交易合同关闭】**

**Article 12 Termination of Purchase Contract**

**有下列情形之一的，阿里巴巴有权立刻关闭交易合同，并对违规方进行处罚：**

**Alibaba has the right to immediately terminate the Purchase Contract and take any relevant enforcement actions against the party in breach in the event of any of the followings:**

12.1 Alibaba Singapore受理投诉申请并做出判责决定后，同时决定关闭该交易合同的；

Alibaba Singapore has accepted and made a liability determination on a dispute request and decided to terminate the Purchase Contract at the same time;

12.2 阿里巴巴有合理理由怀疑买卖方恶意串通的；

Alibaba has reason to believe that Buyer and Seller had conspired in bad faith;

12.3 买卖双方或交易合同的履行违反或涉嫌违反法律、法规、政策、规章、有权机关命令的；

Buyer, Seller or the performance of the Purchase Contract is or is alleged to be in breach of any relevant laws, regulations, policies, rules or orders of any competent authority/ies;

12.4 一方因任何原因被关闭阿里巴巴国际站帐号的，或因处罚导致合同无法履行的；

Either party's account with Alibaba.com is terminated for any reason, or the Purchase Contract cannot be performed due to any penalties imposed; or

12.5一方或交易本身违反阿里巴巴国际站服务协议、网站政策或规则的。

Either party or the Purchase Contract itself is in breach of any service rules or website policies of Alibaba.com or the Rules.

12.6卖方长期未发货，超过合理期限，且买方未投诉的。

Seller failed to ship the products within a reasonable time period, and no compliant has been submitted by Buyer.

**第十三条【信用卡拒付、垫付、催收】**

**Article 13 [Credit Card Chargeback, Advance and Collection]**

13.1 信用卡拒付 指的是信用卡持卡人在支付订单后一定期限内（一般为120天，部分支付机构可延长至540天）向银行申请拒付账单上的某笔交易对应的款项。

"Credit Card Chargeback" means the application submitted by a credit card holder to the bank for refusing payment for a certain payment on the bill within a period of time (120 days in general, or up to 540 days for certain payment service providers) after payment for a Purchase Contract.

13.2 垫付 指根据《信用保障服务规则》的相关规定，Alibaba Hong Kong及/或深圳市一达通企业服务有限公司代符合条件的卖方向买方先行退款。

"Advance Payment" means the refund by Alibaba Hong Kong and/or Shenzhen One Touch Business Services Limited on behalf of an eligible Seller to the Buyer in accordance with relevant provisions of the Rules.

13.3买方向银行申请信用卡拒付后，Alibaba Singapore将银行拒付信息通知卖方后，卖方应准备通知的时限要求准备提交拒付抗辩证据进行抗辩。卖方自行承担信用卡拒付抗辩和举证义务及后果，如因卖方的原因（例如，举证不力或放弃举证）导致抗辩失败的，卖方应承担赔偿Alibaba Hong Kong或其关联公司被拒付的金额。Alibaba Singapore将通知卖方抗辩结果和被拒付的金额（如果抗辩失败），卖方应按照通知内容将所涉款项支付至指定账户。

After the Buyer submits to the bank an application for Credit Card Chargeback, and Alibaba Singapore notifies the Seller of such Credit Card Chargeback, the Seller shall prepare for the submission of evidence to defend itself against such Credit Card Chargeback according to the time limit as notified. The Seller shall undertake the obligation of defense and burden of proof in respect of such Credit Card Chargeback and all the consequences arising therefrom. If such defense fails due to reasons attributable to the Seller, for instance, failure to provide evidence or waiver of provision of evidence, the Seller shall compensate Alibaba Hong Kong or its affiliate(s) for the amount charged back. Alibaba Singapore will notify the Seller of the result of the defense and the amount charged back (in the event of a failed defense), and the Seller shall pay such amount to the designated account as notified.

13.4卖方在信用卡拒付审查中败诉或放弃抗辩，未在规定时限内履行还款义务，Alibaba Hong Kong或其关联公司有权向卖方追偿已经垫付金额。

If the Seller loses in the investigation of the Credit Card Chargeback or waives defense and subsequently fails to perform its repayment obligations within the specified time, Alibaba Hong Kong or its affiliate(s) shall be entitled to claim against the Seller for the sum of Advance Payment.

13.5持卡人申请信用卡拒付时相关的订单已经被提交予Alibaba Singapore进行交易纠纷调处，但尚未处理完毕的，Alibaba Singapore将暂停纠纷处理流程。拒付申请成立的，Alibaba Singapore有权撤销纠纷调处流程并且/或关闭交易；卖方抗辩成立的，Alibaba Singapore有权根据判责结果恢复纠纷调处流程；当持卡人提起拒付申请时，相关纠纷已经经Alibaba Singapore调处或买卖双方协商处理完毕但Alibaba Hong Kong或其关联公司尚未执行垫付的，Alibaba Hong Kong或其关联公司可选择中止垫付，待拒付流程结束后从Alibaba Hong Kong将根据银行或者其他第三方拒付判责结果执行。无论Alibaba Singapore是否做出在先的纠纷调处决定，卖方均应主动积极应诉，并根据Alibaba Singapore的要求和期限提供相应的证据。

If, when the credit card holder submits the application for Credit Card Chargeback, the relevant Purchase Contract submitted to Alibaba Singapore for Dispute Determination has not been completed, Alibaba Singapore will suspend the Dispute Determination process. If the application for Credit Card Chargeback is established, Alibaba Singapore shall have the right to terminate the Dispute Determination process and/or cease the relevant transaction. If the Seller wins in the defense, Alibaba Singapore shall have the right to resume the Dispute Determination process based on the liability determination result. If, when the credit card holder submits the application for Credit Card Chargeback, the relevant dispute has already been resolved through the Dispute Determination process by Alibaba Singapore or that negotiations between the Seller and the Buyer have already been completed, but Alibaba Hong Kong or its affiliate(s) has not yet processed any Advance Payment, then Alibaba Hong Kong or its affiliate(s) may choose to suspend the processing of any Advance Payment until the determination of the chargeback process, and follow the result as determined by the bank or other third party. The Seller shall proactively defend itself against any application for Credit Card Chargeback and provide relevant evidence in accordance with the requirements and time limit as determined by Alibaba Singapore, regardless of whether any decision has been made by Alibaba Singapore under the Dispute Determination process.

13.6卖方在信用卡拒付审查中败诉，在以下情形，Alibaba Hong Kong或其关联公司有权视情况全部或部分放弃向卖方追偿：

In the event where the Seller loses in the investigation of the Credit Card Chargeback, Alibaba Hong Kong or its affiliate(s) may, under the following circumstances, waive any claim against the Seller, in part or in whole:

13.6.1，持卡人以信用卡未经持卡人本人授权（包括盗卡、欺诈等）为由发起的信用卡拒付（欺诈类拒付保障中的免责条款适用）；

The credit card holder applies for Credit Card Chargeback on the ground that the use of such credit card is not authorized by the credit card holder (including stolen card or fraud), in which case the disclaimer clauses in the Fraud Chargeback Protection shall apply;

13.6.2，持卡人发起拒付申请之前（除第13.6.1条中描述的情景以外），Alibaba Singapore已经受理持卡人发起的纠纷调处申请并判定卖方无责后，持卡人又以相同或近似理由申请信用卡拒付且未出现Alibaba Singapore有权重新作出调处结果情形的（包括但不限于持卡人提交新证据或发现卖方提交虚假证据等）；

Prior to the credit card holder's application for Credit Card Chargeback (save for the circumstances as described in Article 13.6.1), Alibaba Singapore has already accepted the credit card holder's application for Dispute Determination and determined that the Seller shall have no liability; and the credit card holder subsequently applies for Credit Card Chargeback with the same or similar reason and there is no circumstance arisen under which Alibaba Singapore has the right to reevaluate the Dispute Determination decision (including but not limited to submission of new evidence by the credit card holder or the Seller is found to have provided false evidence);

13.6.3，买卖双方曾就拒付所涉纠纷达成和解协议且卖家已履约，同时买卖方贸易真实且卖方无违约或者其他过错，买方又以相同或近似理由向银行申请信用卡拒付的；

The Buyer and the Seller have reached a settlement agreement in respect of a dispute relating to the Credit Card Chargeback and the Seller has performed its obligations under such agreement, and that the transaction between the Buyer and the Seller is true and the Seller commits no default or other fault; then the Buyer subsequently applies to the bank for Credit Card Chargeback with the same or similar reason;

13.6.4，其他包括如系统原因等Alibaba Hong Kong或其关联公司放弃追偿的情形。

Any other circumstances under which Alibaba Hong Kong or its affiliate(s) has waived any claim, including but not limited to system failure.

13.7在Alibaba Hong Kong或其关联公司有权视情况全部或部分放弃向卖方追偿的情况下， 卖方仍有义务提供Alibaba Singapore要求的拒付抗辩证据；若卖方不配合举证、超时未举证或未在规定期限内提供有效证据，因此导致拒付申请成立的，Alibaba Hong Kong或其关联公司仍有权要求卖方偿还垫付款。

In the event where Alibaba Hong Kong or its affiliate(s) may have the right to waive any claim against the Seller in part or in whole, the Seller is still obliged to provide the evidence for defense against Credit Card Chargeback as required by Alibaba Singapore. If the Seller fails to cooperate, or delays in the provision of evidence, or cannot provide valid evidence within a specified time, thereby causing the success of a Credit Card Chargeback application, then Alibaba Hong Kong or its affiliate(s) shall still have the right to claim the sum of the Advance Payment from the Seller.

13.8 按照本规则规定卖方应偿还Alibaba Hong Kong或其关联公司垫付款的，卖方应按照规定时限履行还款义务，否则卖方还应承担逾期还款违约金和Alibaba Hong Kong及其关联公司为实现债权所发生的全部费用（包括但不限于律师费、交通费、公证费等）。

If, pursuant to the Rules, the Seller is required to repay the sum of Advance Payment made by Alibaba Hong Kong or its affiliate(s), the Seller shall perform its repayment obligation within the specified time. Otherwise, the Seller shall also bear the liquidated damages for overdue repayment and all relevant costs incurred by Alibaba Hong Kong and its affiliate(s) arising from any enforcement actions pursuant to such overdue sum (including but not limited to attorney's fees, travelling expenses and notarial fees).

第五章信用保障服务处罚规则

**Chapter 5 Trade Assurance Services Penalty Rules**

**第十四条【违规行为】**

**Article 14 Prohibited Acts**

**有下列情形之一的，阿里巴巴有权对违规方进行处罚：**

**Upon the occurrence of any of the following, the party in breach shall be subject to penalties in accordance with these Rules:**

**14.1 接到买方发出的信用保障交易合同意向后，卖方无合理理由拒不起草交易合同的；**

**After receiving Buyer's intention to enter into a Purchase Contract, Seller refuses to draft the Purchase Contract without any valid reason;**

**14.2 卖方未在缴费通知规定期限内足额还款至Alibaba Hong Kong及/或深圳市一达通企业服务有限公司指定银行账号的；**

**Seller fails to reimburse the sum to Alibaba Hong Kong and/or Shenzhen One Touch Business Services Limited at the designated bank account in full within the time limit specified in the payment notice;**

**14.3 恶意差评或投诉的，或以差评/投诉威胁对方的；**

**Giving negative comments or raising complaints against the other party in bad faith, or using such means to blackmail the other party;**

**14.4 买方恶意未按约定支付交易合同尾款的；**

**Buyer did not pay the remaining balance of the amount of Contract Sum to Seller in accordance with the terms of the Purchase Contract without any valid reason;**

**14.5 提供虚假材料、信息或证明的;**

**Providing false documents, information or supporting documents;**

**14.6 买卖方恶意串通，或有其他严重不诚信行为的，**

**Buyer and Seller maliciously conspire, or engage in other material dishonest conduct.**

**14.7因卖方的原因（包括但不限于卖方指示买方等原因）导致交易合同项款未支付到交易合同指定收款账号的;**

**The Contract Sum has not been paid to the designated bank account because of Seller (including but not limited to Seller instructing Buyer to do so)**

**14.8卖方根据阿里巴巴国际站或者一达通的规则需要使用一达通服务但未使用的;**

**Seller fails to use One Touch Services where it is required to use the same pursuant to the rules of Alibaba.com or the rules of One Touch;**

**14.9卖方有其他违反交易合同或本规则的行为。**

**Buyer and Seller committed other breaches of the Purchase Contract or these Rules.**

第十五条【违规处罚】

**Article 15 Penalties for Breach**

15.1 阿里巴巴将根据违规的严重程度，对违规方按本规则实施处罚；违规方有多个阿里巴巴国际站帐号的，阿里巴巴有权对全部帐号实施相同处罚。

Alibaba will take the relevant enforcement action against the party in breach of these Rules based on the extent of breach. If the party in breach has more than one membership accounts with Alibaba.com, Alibaba shall have the right to take the same enforcement action against all such membership accounts.

15.2 卖方有上述14.1条违规行为的，阿里巴巴有权对卖方进行如下处罚：

If Seller breaches Article 14.1 of these Rules, Alibaba shall have the right to take the following enforcement actions against Seller:

| 违规次数（1年内）<br><br>Number of Breaches (within a year) | 处罚方式<br><br>Enforcement Actions |
| --- | --- |
| 1次<br><br>Once | 警告<br><br>Warning |
| 2次以上的（含2次）<br><br>Twice or more | 终止其信用保障服务资格, 90天内不得重新申请<br><br>Terminate Seller's Trade Assurance Services and prohibit Seller from reapplying for such services for ninety 90 days from the date of such termination |

15.2.1 上述行为年是指每次拒用信用保障服务的行为都会被记录【365】天;

Every act of breach will remain on record for three hundred and sixty-five days [365] days.

15.2.2 卖方主动退出信用保障服务的或因6.2条所列情况被终止服务资格的，【90】天内不能重新申请。

Seller will not be able to reapply for Trade Assurance Services within ninety [90] days after withdrawal from such services on a voluntary basis or as a result of circumstance under Article 6.2.

15.2.3 违规次数记录时间以Alibaba Singapore纠纷调处违规行为成立之时为准。

Every act of breach will be recorded as at the time when **Alibaba Singapore** makes a determination on the dispute.

15.2.4 同一买方就同一份交易合同多次投诉同一卖方此项违规行为的，则只计算一次。

If the same Buyer repeatedly raises multiple complaints against the same Seller for the same breach relating to a Purchase Contract, all such complaints will be counted as one complaint.

15.3 卖方有上述14.2条违规行为的，将对卖方进行如下处罚：

If Seller breaches Article 14.2 of these Rules, Seller will face the following enforcement actions:

| 逾期天数<br><br>Number of days past due | 处罚方式<br><br>Enforcement Actions |
| --- | --- |
| 1-15天<br><br>1-15 days | 根据《阿里巴巴国际站交易违规处罚规则》处以3分扣分<br><br>3 points will be deducted in accordance with the Alibaba.com Transaction Non-Compliance Punishment Rules |
| 16天以上<br><br>16 days or above | 禁止起草阿里巴巴国际站交易合同<br><br>Prohibited from drafting Alibaba.com's Purchase Contract |
| 60天及以上<br><br>60 days or above | 保留关闭账号的权利<br><br>Seller's account may be closed |

15.4 买方有14.3、14.4、14.5、14.6违规行为的，则关闭买方阿里巴巴国际站帐号。

If Buyer breaches any of Articles 14.3, 14.4, 14.5 or 14.6, Buyer's account with Alibaba.com will be terminated.

15.5 关闭保障额度的情况下，如有其他操作中的交易合同，则：

If the Trade Assurance Amount is cancelled and there are other Purchase Contracts that are in operation, then:

15.5.1如买方已支付预付款且Alibaba Singapore判断无法直接退款的，则双方应继续履行交易合同；

If Buyer has already paid the deposit and **Alibaba Singapore** has determined that such payment cannot be refunded directly, then both Buyer and Seller should continue to carry out the Purchase Contract;

15.5.2 如卖方已发货的，则双方应继续履行交易合同。

If Seller has already delivered the products, then both Buyer and Seller shall continue to carry out the Purchase Contract.

15.6 卖方有上述14.7、14.8条违规行为的，阿里巴巴有权终止卖方信用保障服务资格。

If Seller breaches Article 14.7 or 14.8 of these Rules, Alibaba has the right to disqualify Seller from Trade Assurance Services.

15.7 卖方因任一处罚而被终止信用保障资格的，自终止之日起90天内，该卖方无权申请开通信用保障服务。

If Seller's qualification of Trade Assurance Services was terminated due to penalty, the Seller will not be able to reapply for such services for ninety (90) days from the date of such termination.

**第六章其他规定**

**Chapter 6 Miscellaneous**

**第十六条【其他规定】**

**Article 16 Miscellaneous**

16.1 阿里巴巴将根据保障服务的实际执行情况不时完善、修订本规则并在阿里巴巴国际站公示，修订后的规则于指定日期生效（如有）或公示之日生效。

Alibaba shall have the right to amend, revise and publish on Alibaba.com these Rules from time to time based on the actual performance of the Trade Assurance Services and the amended and revised Rules will take effect on the designated date or, if there is no such designated date, the date it is published on Alibaba.com.

16.2 本规则中"阿里巴巴国际站"指Alibaba.com的PC端和App。

"Alibaba.com" in these Rules means PC and App terminals of Alibaba.com.

16.3 本规则中"一达通"指实际承接一达通服务的一达通或其关联公司。

"One Touch" in these Rules means Shen Zhen One Touch Business Services Limited (the operator of the One Touch Services) or its affiliates.

**16.4 任何一方对本规则有异议的，应立即停止使用信用保障服务，并通知另一方以及 阿里巴巴；签署、履行交易合同及/或使用信用保障相关服务的，即表明接受并认可本规则。**

**If any party has any disagreement to these Rules, such party should stop using the Trade Assurance Services and immediately notify the other party and Alibaba.  By executing and performing the Purchase Contract and/or using any Trade Assurance Services, such party will be deemed to have accepted and agreed to be bound by these Rules.**

**16.5 本规则内容以中文版为准，英文版仅供参考。**

**The English version of these Rules is for reference purposes only. In the event of any inconsistency between the Chinese and English versions of these Rules, the Chinese version shall prevail.**

**B部分**

**PART B**

**第一章规则目的及定义**

**Chapter 1 Purpose and Definition**

**第一条【制订目的】**

**Article 1 Purpose**

1.1 为保護阿里巴巴國際站（www.alibaba.com）使用者的合法權益，促進信用保障服務的健康發展，制定本規則。

The purpose of establishing these Rules is to protect the legitimate interests of users of Alibaba.com (URL: http://www.alibaba.com) and to promote the healthy development of the Trade Assurance Services.

1.2 本規則由阿里巴巴國際站使用者（包括買方及賣方）與Alibaba.com Singapore E-Commerce Private Limited（以下簡稱"Alibaba Singapore"），Alibaba.com Hong Kong Limited（以下簡稱"Alibaba Hong Kong"）（Alibaba Singapore及Alibaba Hong Kong統稱"阿里巴巴"）共同締結。